In the Matter of the Accounting of BANK OF NEW YORK AND FIFTH AVENUE BANK, as Trustee of a Trust for JENNIE MOSES under the Will of SELIG STEINHARDT, Deceased. MINNIE L. MOSES et al., Appellants; BANK OF NEW YORK AND FIFTH AVENUE BANK, as Trustee of a Trust for JENNIE MOSES under the Will of SELIG STEINHARDT, Deceased, and as Executor of JENNIE MOSES, Deceased, et al., Respondents.

Argued January 15, 1953; decided March 6, 1953.

620

*Joshua Jacobs, Salvatore Viscardi* and *Merritt T. Viscardi* for Minnie L. Moses and another, appellants.

*Copal Mintz* and *Jacob M. Kornfeld* for Harold Steinhardt and another, appellants.

*George W. Martin* for Bank of New York and Fifth Avenue Bank, as trustee, respondent.

*Frank P. Grad, Charles Hubert* and *Naomi Ranson* for Carrie Steinhardt, respondent.

Order affirmed, with costs to all parties appearing separately and filing separate briefs, payable out of the estate. First, second and fifth questions certified answered in the affirmative. Third and sixth questions certified answered in the negative. Fourth question certified not answered. No opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, DYE, FULD and FROESSEL, JJ.